IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARCEESE WATKINS**  PLAINTIFF
*ADC #156854*

v.   CASE NO. 2:24-CV-00055-BSM-JTK

**BLEDSOE,** *et al.*  DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 20] is adopted. Marceese Watkins's excessive force claims against defendants John Doe and Bledsoe and failure to intervene claims against defendants Korey Everett and Tyler Perry are dismissed as improperly joined. Watkins's sexual assault claims against Everett will proceed.

IT IS SO ORDERED this 16th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE