IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MARCEESE WATKINS,　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC # 156854

v.　　　　　　　　　　　　2:24CV00055-BSM-JTK

BLEDSOE, et al.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Defendant Korey Everett has filed a Motion to Dismiss and Brief in Support. (Doc. Nos. 33, 34). Defendant Everett argues Marceese Watkins's ("Plaintiff") Complaint should be dismissed for failure to participate in discovery as directed by this Court's September 9, 2024 Order. (Doc. No. 32). Plaintiff is directed to respond to Defendant Everett's Motion within fifteen (15) days of the date of this Order. If Plaintiff does not do so, the Court will consider Defendant Everett's Motion without the benefit of Plaintiff's response.

IT IS SO ORDERED this 16th day of October, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE