IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARCEESE WATKINS**  **PLAINTIFF**
*ADC #156854*

v.   CASE NO. 2:24-CV-00055-BSM

**KOREY EVERETT**
*Jail Security*   **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 36] is adopted, Korey Everett's motion to dismiss [Doc. No. 33] is granted, Everett's motion to stay the motion deadline [Doc. No. 37] is denied as moot, and Marceese Watkins's complaint is dismissed without prejudice. It is certified, pursuant to 28 United States Code section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 3rd day of December, 2024.

*[signature]*
UNITED STATES DISTRICT JUDGE