IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARCEESE WATKINS**  PLAINTIFF
*ADC #156854*

v.  CASE NO. 2:24-CV-00055-BSM

**KOREY EVERETT**
*Jail Security*  DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE